EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re:  Designación Miembros de la Comisión de Disciplina Judicial | 2012 TSPR 41  184 DPR ____ |
|---|---|

Número del Caso: EM-2012-05

Fecha: 12 de marzo de 2012

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In Re:

Designación Miembros de la
Comisión de Disciplina Judicial

EN-2012-05

RESOLUCIÓN

San Juan, Puerto Rico, a 12 de marzo de 2012.

Los integrantes de este Tribunal agradecen y reconocen las valiosas aportaciones y dedicación a los trabajos de la Comisión de Disciplina Judicial y de este Tribunal, así como su compromiso inquebrantable con la Rama Judicial y el pueblo de Puerto Rico de los Lcdos. Flavio E. Cumpiano Villamor, Carlos E. Ramos González y Dora T. Peñagarícano durante el tiempo que sirvieron como Comisionados Asociados.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. La Jueza Asociada señora Pabón Charneco no intervino.

Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo